E-FILED
Thursday, 28 July, 2005  02:57:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No. 05-40088 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Section 13; 625 ILCS 5/6-303 (a), |
| JAY M. ARNOLD ) | 5/3-707 |
| Defendant. ) | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

FILED
JUL 2 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

COUNT I

On or about June 19, 2005, in the Central District of Illinois, the defendant,

JAY M. ARNOLD

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, while his driver's license was revoked, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303 (a) in violation of Title 18, United States Code, Section 13.

COUNT II

On or about June 19, 2005, in the Central District of Illinois, the defendant,

JAY M. ARNOLD

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, without valid liability insurance, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/3-707 in violation of Title 18, United States Code, Section 13.

JAN PAUL MILLER
UNITED STATES ATTORNEY


BY:     /S/ Mary L. Fuhr
        MARY L. FUHR
        SPECIAL ASSISTANT U.S. ATTORNEY
        Rock Island Arsenal
        Rock Island, IL 61299-5000
        Telephone: 309/782-8443